IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02574-RPM-KLM

ALAN QUINTANA,,

    Plaintiff,

v.

JAMES E. CAMPBELL, and
WERNER ENTERPRISES, INC.,

    Defendants.

_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [28], it is

ORDERED that all claims in this matter are dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

Dated:   August 21st, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge